**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| IN RE: TAX PARCEL NO. 1030-K13-683-00008 | : No. 104 WAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: LAURA E. ORDAZ MORENO | : the Order of the Commonwealth |
| | : Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.